# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02310-RBJ

WILLIAM T. HARRIS III,

    Plaintiff,

v.

COLORADO HIGH SCHOOL ACTIVITIES ASSOCIATION,

    Defendant.

## PLAINTIFF'S WITNESS LIST

Plaintiff William T. Harris III, by and through his undersigned counsel, hereby respectfully provides the court and opposing counsel his witness list for the trial currently scheduled for April 19, 2021.

| WITNESSES | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| 1. D'Shawn Schwartz (will call) | April 19, 2021; 1/2 Hour |
| 2. Michael Schwartz (will call) | April 19, 2021; 1/2 Hour |
| 3. William T. Harris (will call) | April 19 & 20, 2021; 4 Hours |
| 4. Sean Dorsey (will call) | April 20, 2021; 1 Hour |
| 5. Bert Borgmann (will call) | April 20, 2021; 1 Hour |
| 6. Robert Hawkins (will call) | April 20 & 21, 2021; 2 Hours |

| WITNESSES | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| 7. Jared Felice (will call) | April 21, 2021; 3 Hours |
| 8. Paul Angelico (will call) | April 21 & 22, 2021; 3 Hours |
| 9. Tiana Harris (will call) | April 22, 2021; 1 Hour |
| 10. Elder Miron (will call) | April 22, 2021; 1/2 Hour |
| 11. Bryan VanSickle (will call) | April 22 & 23, 2021; 2 Hours |
| 12. Jeffrey Nehls (will call) | April 23, 2021; 2 Hours |
| 13. Paul Andersen (may call) | April 21, 2021; 1 Hour |
| 14. Peter Hilts (may call) | April 21, 2021; 1 Hour |
| 15. Otis Johnson (may call) | April 20, 2021; 1 Hour |
| 16. Barbara Johnson (may call) | April 20, 2021; 1 Hour |
| 17. Romeo Maestas (may call) | April 20, 2021; 1 Hours |
| 18. Mary Shaw (may call) | April 21, 2021; 1 Hour |
| 19. CHSAA Custodian of Records (may call) | April 20, 2021; 1 Hour |
| 20. Falcon School District 49 Custodian of Records (may call) | April 20, 2021; 1 Hour |
| 21. Anyone Necessary for Impeachment | April 23, 2021; 1 Hour |

DATED this 16th day of April 2021.

Respectfully submitted,

KING & GREISEN, LLP

*/s/ Matthew Fredrickson*
Diane S. King
Matthew Fredrickson
KING & GREISEN, LLP
1670 York Street
Denver, CO 80026
(303) 298-9878
king@kingreisen.com
fredrickson@kinggreisen.com

*/s/ Hunter A Swain*
Hunter A. Swain
SWAIN LAW, LLC
1490 N. Lafayette St., Ste. 303
Denver, CO 80218
(720)815-5281
hunter@swainemploymentlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2021, I personally filed the foregoing **PLAINTIFF'S WITNESS LIST** with the Clerk of Court using the CM/ECF system, which will cause such filing to be served via email to the following:

Alex Halpern
Alexander Halpern LLC
1345 Spruce Street, Second Floor
Boulder, CO  80304
ahalpern@halpernllc.com

Justin Miller
Caplan & Earnest LLC
3107 Iris Ave. #100
Boulder, CO  80301
jmiller@celaw.com

*Attorneys for Defendant*

/s/ *Kayla Smith*
Kayla Smith, Paralegal