UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02310-RBJ

WILLIAM T. HARRIS III,

    Plaintiff,

v.

COLORADO HIGH SCHOOL ACTIVITIES ASSOCIATION,

    Defendant.

---

## VERDICT

---

We the jury, on our oaths, present our Answers to Questions submitted by the Court, to which we have all agreed:

    **I.    First Claim for Relief: Race Discrimination under Section 1981**

    1.    Do you find that Plaintiff William "Trey" Harris has proven, by a preponderance of the evidence, each of the essential elements of his claim for race discrimination in violation of 42 U.S.C. § 1981, as set forth in Instruction No. 11?

    **ANSWER:**   Yes __X__    No _____

[If you answered "Yes" to Question 1, then your verdict must be for the Plaintiff on his first claim for relief and you will need to consider what damages, if any, he should be awarded by answering questions 2-4. If you answered "No" to Question 1, then your verdict must be for the Defendant on Plaintiff's first claim for relief and you may proceed to consider Plaintiff's second claim for relief, under Section II.]

2. What amount of economic damages (as described in Instruction Nos. 16 and 18), if any, did the Plaintiff prove were caused by race discrimination in violation of 42 U.S.C. § 1981?

$ 200,000 .

3. What amount of non-economic damages (as described in Instruction Nos. 17 and 18), if any, did the Plaintiff prove were caused by race discrimination in violation of 42 U.S.C. § 1981?

$ 1,300,000 .

4. What amount of punitive damages (as described in Instruction No. 19), if any, did the Plaintiff prove were caused by race discrimination in violation of 42 U.S.C. § 1981?

$ 1,000,000 .

*We the jury request that a formal corrective statement to the press be issued clearing Mr. Harris of wrongdoing on this matter*

## II. Second Claim for Relief: Colorado Anti-Discrimination Act

5. Do you find that Plaintiff William "Trey" Harris has proven by a preponderance of the evidence that Defendant CHSAA aided, abetted, incited, compelled, or coerced discriminatory conduct based on Plaintiff's race by Falcon School District, as set forth in Instruction No. 14?

ANSWER:   Yes  X        No _____

**[If you answered "Yes" to Question 5 then your verdict must be for the Plaintiff on his second claim for relief and you will need to consider what damages, if any, he should be awarded by answering Questions 6-7. If you answered "No" to Question 5 then your verdict must be for the Defendant on Plaintiff's second claim for relief.]**

2

6. What amount of economic damages (as described in Instruction Nos. 16 and 18), if any, did the Plaintiff prove were caused by aiding, abetting, compelling or coercing discriminatory conduct based on Plaintiff's race?

$ 0 .

7. What amount of non-economic damages (as described in Instruction Nos. 17 and 18), if any, did the Plaintiff prove were caused by aiding, abetting, compelling or coercing discriminatory conduct based on Plaintiff's race?

$ 0 .

Signed: JUROR NAMES REDACTED

DATED: April 23, 2021