IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02310-RBJ

WILLIAM T. HARRIS III,

    Plaintiff,

v.

COLORADO HIGH SCHOOL ACTIVITIES ASSOCIATION,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict. It is

    ORDERED that judgment is entered in favor of the plaintiff, William T. Harris III, and against the defendant, Colorado High School Activities Association, in the amount of $200,000 for economic damages caused by race discrimination in violation of 42 U.S.C. § 1981; $1,300,000 for non-economic damages caused by race discrimination in violation of 42 U.S.C. § 1981 and $1,000,000 for punitive damages caused by race discrimination in violation of 42 U.S.C. § 1981. It is

FURTHER ORDERED that as the prevailing party the plaintiff is awarded his costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that an Amended Final Judgment will be entered after consideration of pre- and post-judgment interest and attorney's fees.  The Court directs counsel to confer and to make a good faith effort to resolve these issues, but if a resolution is not achieved, to set an evidentiary hearing concerning disputes about interest and/or attorney's fees.

Dated at Denver, Colorado this 26th day of April, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J Dynes

J DYNES
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge