**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02310-RBJ

WILLIAM T. HARRIS III,

   Plaintiff,

v.

COLORADO HIGH SCHOOL ACTIVITIES ASSOCIATION,

   Defendant.

---

**UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO**
**PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS**

---

Defendant Colorado High School Activities Association ("CHSAA"), by its undersigned counsel, moves this Court for an extension of time to submit a response to Plaintiff's Motion for Attorney Fees and Costs.  As grounds, CHSAA states as follows:

1.      On May 17, 2021, Plaintiff filed his Motion for Attorney Fees and Costs.

2.      On May 25, 2021, Plaintiff filed his Supplement to Plaintiff's Motion for Attorney Fees and Costs.

3.      CHSAA's response to the motion is currently due June 7, 2021.

4.      CHSAA requests a three week extension, to and including June 28, 2021, in which to file its Response to Plaintiff's Motion for Attorney Fees and Costs. The extension is reasonably necessary to permit CHSAA's counsel and retained expert to thoroughly review approximately 100 pages of billing information and the declarations of Plaintiff's counsel and experts in order to respond to this Motion.

1

5.      This extension will not affect any scheduling matter in this case.

6.      Pursuant to D.C.COL.CivR 7.1(a), the undersigned conferred with counsel

for Plaintiff and state that such counsel do not oppose this extension.

Respectfully submitted,

_s/ Alexander Halpern_
Alexander Halpern
ALEXANDER HALPERN LLC
1345 Spruce Street, 2nd Floor
Boulder, CO 80302
Phone: 303.449.6180
ahalpern@halpernllc.com

_s/ Justin H. Miller_
Justin H. MilleR
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
jmiller@celaw.com

_ATTORNEYS FOR DEFENDANT_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of June, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** with the Clerk of Court using the CM/ECF system, and a copy was served on counsel for Plaintiff via electronic mail addressed as follows:

Diane S. King, Esq.
Matthew Frederickson, Esq.
king@kinggreisen.com
frederickson@kinggreisen.com

Hunter Swain, Esq.
hunter@swainemploymentlaw.com


Colorado High School Activities Association – via email


*s/ Jaana H. Bowers*