FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

September 22, 2021

Christopher M. Wolpert  
Clerk of Court

_____

| | |
|---|---|
| WILLIAM T. HARRIS, III,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>COLORADO HIGH SCHOOL ACTIVITIES ASSOCIATION,<br><br>    Defendant - Appellant. | No. 21-1183<br>(D.C. No. 1:18-CV-02310-RBJ) |

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk